FILED

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT INDIANA
## FORT WAYNE DIVISION

13 MAR 14  AM 10: 47

MALIBU MEDIA, LLC,                        )
                                          )
        Plaintiff,                        )     Civil Action Case No. 1 1 3 CV 0 7 1 RLM
                                          )
v.                                        )
                                          )
JOHN DOE subscriber assigned IP address   )
68.57.229.150,                            )
                                          )
        Defendant.                        )
                                          )

### COMPLAINT-ACTION FOR DAMAGES FOR
### PROPERTY RIGHTS INFRINGEMENT

        Plaintiff, Malibu Media, LLC, sues Defendant John Doe subscriber assigned IP address

68.57.229.150, and alleges:

### Introduction

        1.      This matter arises under the United States Copyright Act of 1976, as amended, 17

U.S.C. §§ 101 et seq. (the "Copyright Act").

        2.      Defendant is a persistent online infringer of Plaintiff's copyrights.   Indeed,

Defendant's IP address as set forth on Exhibit A was used to illegally distribute each of the

copyrighted movies set forth on Exhibit B.

        3.      Plaintiff is the registered owner of the copyrights set forth on Exhibit B (the

"Copyrights-in-Suit.")

### Jurisdiction And Venue

1

4.     This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 (federal question); and 28 U.S.C. § 1338 (patents, copyrights, trademarks and unfair competition).

5.     The Defendant's acts of copyright infringement occurred using an Internet Protocol address ("IP address") traced to a physical address located within this District, and therefore this Court has personal jurisdiction over the Defendant because (a) Defendant committed the tortious conduct alleged in this Complaint in this State, and (i) Defendant resides in this State and/or (ii) Defendant has engaged in substantial and not isolated business activity in this State.

6.     Venue is proper in this District pursuant to 28 U.S.C. § 1391(b) and (c), because: (i) a substantial part of the events or omissions giving rise to the claims occurred in this District; and, (ii) the Defendant resides (and therefore can be found) in this District and resides in this State; additionally, venue is proper in this District pursuant 28 U.S.C. § 1400(a) (venue for copyright cases) because each Defendant or Defendant's agent resides or may be found in this District.

**Parties**

7.     Plaintiff, Malibu Media, LLC, is a limited liability company organized and existing under the laws of the State of California and has its principal place of business located at 409 W. Olympic Blvd., Suite 501, Los Angeles, CA, 90015.

8.     Plaintiff only knows Defendant by his, her or its IP Address.  Defendant's IP address is set forth on Exhibit A.

9.     Defendant's Internet Service Provider can identify the Defendant.

**Factual Background**

2

I.   *Defendant Used the BitTorrent File Distribution Network To Infringe Plaintiff's Copyrights*

10.     The BitTorrent file distribution network ("BitTorrent") is one of the most common peer-to-peer file sharing venues used for distributing large amounts of data, including, but not limited to, digital movie files.

11.     BitTorrent's popularity stems from the ability of users to directly interact with each other in order to distribute a large file without creating a heavy load on any individual source computer and/or network. The methodolgy of BitTorrent allows users to interact directly with each other, thus avoiding the need for intermediary host websites which are subject to DMCA take down notices and potential regulatory enforcement actions.

12.     In order to distribute a large file, the BitTorrent protocol breaks a file into many small pieces called bits.  Users then exchange these small bits amongst each other instead of attempting to distribute a much larger digital file.

13.     After the infringer receives all of the bits of a digital media file, the infringer's BitTorrent client software reassembles the bits so that the file may be opened and utilized.

14.     Each bit of a BitTorrent file is assigned a unique cryptographic hash value.

15.     The cryptographic hash value of the bit ("bit hash") acts as that bit's unique digital fingerprint.  Every digital file has one single possible cryptographic hash value correlating to it.  The BitTorrent protocol utilizes cryptographic hash values to ensure each bit is properly routed amongst BitTorrent users as they engage in file sharing.

16.     The entirety of the digital media file also has a unique cryptographic hash value ("file hash"), which acts as a digital fingerprint identifying the digital media file (e.g. a movie).  Once infringers complete downloading all bits which comprise a digital media file, the

3

BitTorrent software uses the file hash to determine that the file is complete and accurate.

17.     Plaintiff's investigator, IPP Limited, established a direct TCP/IP connection with the Defendant's IP address as set forth on Exhibit A.

18.     IPP Limited downloaded from Defendant one or more bits of each of the digital movie files identified by the file hashes on Exhibit A.

19.     Each of the cryptographic file hashes as set forth on Exhibit A correlates to copyrighted movies owned by Plaintiff as identified on Exhibit B.

20.     IPP Limited downloaded from Defendant one of more bits of each file has listed in Exhibit A.  IPP Limited further downloaded a full copy of each file hash from the BitTorrent file distribution network and confirmed through independent calculation that the file hash matched what is listed on Exhibit A.  IPP Limited then verified that the digital media file correlating to each file hash listed on Exhibit A contained a copy of a movie which is identical (or alternatively, strikingly similar or substantially similar) to the movie associated with that file hash on Exhibit A.  At no time did IPP Limited upload Plaintiff's copyrighted content to any other BitTorrent user.

21.     IPP Limited downloaded from Defendant one or more bits of each digital media file as identified by its hash value on Exhibit A.  The most recent TCP/IP connection between IPP and the Defendant's IP address for each file hash listed on Exhibit A is included within the column labeled Hit Date UTC.  UTC refers to Universal Time which is utilized for air traffic control as well as computer forensic purposes.

22.     An overview of the Copyrights-in-Suit, including each hit date, date of first publication, registration date, and registration number issued by the United States Copyright Office is set forth on Exhibit B.

23.     IPP Limited has also engaged in enhanced surveillance of other digital media files being distributed by Defendant.  The results of this more intensive surveillance are outlined in Exhibit C.  The Copyrights-in-Suit are solely limited to content owned by Plaintiff as outlined in Exhibit B.   Exhibit C is provided for evidentiary purposes only.

24.     As the subscriber in control of the IP address being used to distribute Plaintiff's copyrighted movies, Defendant is the most likely infringer.  Consequently, Plaintiff hereby alleges Defendant is the infringer.  Plaintiff has included as Exhibit D a solicitation of exculpatory evidence in the event that Defendant chooses to deny the allegations.

25.     Defendant is the only person who can be identified as the infringer at this time.

### Miscellaneous

26.     All conditions precedent to bringing this action have occurred or been waived.

27.     Plaintiff has retained counsel and is obligated to pay said counsel a reasonable fee for its services.

### COUNT I
### Direct Infringement Against Defendant

28.     The allegations contained in paragraphs 1-27 are hereby re-alleged as if fully set forth herein.

29.     Plaintiff is the owner of the Copyrights-in-Suit, as outlined in Exhibit B, each of which covers an original work of authorship.

30.     By using BitTorrent, Defendant copied and distributed the constituent elements of each of the original works covered by the Copyrights-in-Suit.

31.     Plaintiff did not authorize, permit or consent to Defendant's distribution of its works.

5

32.     As a result of the foregoing, Defendant violated Plaintiff's exclusive right to:

(A)     Reproduce the works in copies, in violation of 17 U.S.C. §§ 106(1) and 501;

(B)     Redistribute copies of the works to the public by sale or other transfer of ownership, or by rental, lease or lending, in violation of 17 U.S.C. §§ 106(3) and 501;

(C)     Perform the copyrighted works, in violation of 17 U.S.C. §§ 106(4) and 501, by showing the works' images in any sequence and/or by making the sounds accompanying the works audible and transmitting said performance of the works, by means of a device or process, to members of the public capable of receiving the display (as set forth in 17 U.S.C. § 101's definitions of "perform" and "publically" perform); and

(D)     Display the copyrighted works, in violation of 17 U.S.C. §§ 106(5) and 501, by showing individual images of the works nonsequentially and transmitting said display of the works by means of a device or process to members of the public capable of receiving the display (as set forth in 17 U.S.C. § 101's definition of "publically" display).

33.     Defendant's infringements were committed "willfully" within the meaning of 17 U.S.C. § 504(c)(2).

WHEREFORE, Plaintiff respectfully requests that the Court:

(A)     Permanently enjoin Defendant and all other persons who are in active concert or participation with Defendant from continuing to infringe Plaintiff's copyrighted works;

(B)     Order that Defendant delete and permanently remove the digital media files relating to Plaintiff's works from each of the computers under Defendant's possession, custody or control;

(C)     Order that Defendant delete and permanently remove the infringing copies of the works Defendant has on computers under Defendant's possession, custody or control;

6

(D)     Award Plaintiff statutory damages in the amount of $150,000 per infringed Work pursuant to 17 U.S.C. § 504-(a) and (c);

(E)     Award Plaintiff its reasonable attorneys' fees and costs pursuant to 17 U.S.C. § 505; and

(F)     Grant Plaintiff any other and further relief this Court deems just and proper.

### DEMAND FOR A JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable.

Respectfully submitted,

NICOLETTI & ASSOCIATES, PLLC

By:     /s/ Paul J. Nicoleti
Paul J. Nicoletti, Esq. (P44419)
36880 Woodward Ave, Suite 100
Bloomfield Hills, MI 48304
Tel: (248) 203-7800
Fax: (248) 203-7801
E-Fax: (248) 928-7051
Email: paul@nicoletti-associates.com
*Attorneys for Plaintiff*

## File Hashes for IP Address 68.57.229.150

**ISP:** Comcast Cable
**Physical Location:** Fort Wayne, IN

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 03/01/2013 01:29:01 | 1AC23122A8B10AFE4F7CEF1B6746428096E0B9E4 | Tuesday Morning |
| 02/22/2013 00:47:17 | E08C7D67052512D7D1CF4AC1EC3468E7D9B266BE | Tiffany Teenagers in Love |
| 02/19/2013 03:26:26 | 7E1C2F79E25F5A28C749991023A5ABD74D73C24E | Apartment in Madrid |
| 11/28/2012 17:00:18 | A2C51A61409258952A469C9C1DF8C197CC5C85AE | Threes Company |
| 11/28/2012 16:35:56 | 4706491E8D3A2D21A3BCCC444F08E25E3D93B926 | Fucking Perfection |
| 11/28/2012 09:21:20 | 8342201A3C44277E7753BBCB2EFDA014EBEF84A4 | Backstage |
| 11/28/2012 06:47:02 | 9830D15B5D1BC23579ABD22B39A2BF5E6C941628 | Photo Fantasy |
| 05/15/2012 17:48:14 | 77A45D676CEF28F3EA2E9ACB4C602CADC6BBAA69 | Introducing Diana |

**Total Statutory Claims Against Defendant: 8**

EXHIBIT A

NIN20

**Copyrights-In-Suit for IP Address 68.57.229.150**

**ISP:** Comcast Cable
**Location:** Fort Wayne, IN

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|-------|---------------------|---------------------------|-------------------|---------------------|
| Apartment in Madrid | PA0001826992 | 02/16/2013 | 02/18/2013 | 02/19/2013 |
| Backstage | PA0001797943 | 07/17/2012 | 07/18/2012 | 11/28/2012 |
| Fucking Perfection | PA0001789507 | 06/24/2011 | 05/11/2012 | 11/28/2012 |
| Introducing Diana | PA0001789511 | 05/11/2012 | 05/11/2012 | 05/15/2012 |
| Photo Fantasy | PA0001808631 | 09/28/2012 | 09/28/2012 | 11/28/2012 |
| Threes Company | PA0001804939 | 08/17/2012 | 08/15/2012 | 11/28/2012 |
| Tiffany Teenagers in Love | PA0001762019 | 12/29/2010 | 11/20/2011 | 02/22/2013 |
| Tuesday Morning | PENDING | 02/26/2013 | 02/28/2013 | 03/01/2013 |

**Total Malibu Media, LLC Copyrights Infringed:  8**

EXHIBIT B

**Expanded Surveillance of IP Address 68.57.229.150**

**ISP:** Comcast Cable
**Location:** Fort Wayne, IN

| Hit Date UTC | Filename |
|---|---|
| 03/07/2013 | x - art - Caprice (Fucking Perfection) 720bb.wmv |
| 03/06/2013 | Jordan-Night - VOM SOLDATEN OUTDOOR MIES GEBUMST.wmv |
| 03/06/2013 | NubileFilms - Blonde Massage Grace Hartley, Marry Queen [720p].wmv |
| 03/06/2013 | WoodmanCastingX - Hard bed - Alice Romain.mp4 |
| 03/06/2013 | Blue.Angel.Sophie.Lynx.Two.Girl.Fellatio.Party.OnlyBlowJob.2013.HD_iyutero.com.mp4 |
| 03/06/2013 | CumLouder - TiTs The End of the World - Mar Duran.mp4 |
| 03/06/2013 | zl11403_1500.mp4 |
| 03/06/2013 | tits-the-end-of-the-world-sd.MP4 |
| 03/06/2013 | Nekane.Nekane.wants.your.cum.GiveMeSpunk.2013_iyutero.com.mp4 |
| 03/06/2013 | spoofporn-susi-gala-cum-forrest-cum-sd.mp4 |
| 03/06/2013 | slut-test-sd.mp4 |
| 03/06/2013 | Mar.Duran.Superfacial.Girl.GiveMeSpunk.2013_iyutero.com.mp4 |
| 03/06/2013 | Mar_Duran_in_my_room_3.mp4 |
| 03/06/2013 | Trike Patrol - Lupe And Susi |
| 03/05/2013 | AssHoleFever - Christmas Spirit - Shalina Divine.mp4 |
| 03/05/2013 | Babes - Abigail Mac Pleasure Dawn 2013 XXX 720p WEB-DL AVC AAC VIP |
| 03/05/2013 | lta_eva_cole.-.368p_750.mp4 |
| 03/05/2013 | 09.09.02.Allie Jordan_Stephanie Cane_AllGirlMassage_ImgZilla.mp4 |
| 03/05/2013 | IKnowThatGirl  Fucking in Every Room in the House  Rikki Six |
| 03/05/2013 | Private - Schoolgirl Alice Romain Gets A Lesson In Anal Sex She Will Never Forget [720p].mp4 |
| 03/05/2013 | Rikki Six, Tasha Reign Girl - Girl |

EXHIBIT C

NIN20

| Hit Date UTC | Filename |
|---|---|
| 03/05/2013 | ftnaevajordan_qt.mp4 |
| 03/05/2013 | MyDirtyHobby Barbie Brilliant und Jordan Night |
| 03/05/2013 | Rikki.Six.This.Is.How.Porn.Stars.Suck.Dick.BlowJobFridays.2013.HD_iyutero.com.mp4 |
| 03/05/2013 | Rikki Six - Sexy Rocker Chick Gets A Mouth Full to Swallow.mp4 |
| 03/05/2013 | NaughtyAmerica- Rikki Six ( 25.01.2013) (2013) SATRip |
| 03/05/2013 | prnfle1456x.wmv |
| 03/05/2013 | BlowJobFridays - Rikki Six ** 2 March 2013 ** HD 720.mp4 |
| 03/04/2013 | noromialan_qt.mp4 |
| 03/04/2013 | Lesbian Girl On Girl - Abigail Mac and Romi Rain HD 720p |
| 03/04/2013 | rws_vanilla_devile_480p_1000.mp4 |
| 03/04/2013 | Ass Worship 14 - AJ Applegate.mp4 |
| 03/04/2013 | Shes A Freak - Abigail Mac |
| 03/01/2013 | Californication.S06E07.HDTV.x264-2HD.mp4 |
| 03/01/2013 | rws_asa_madison_480p_1000.mp4 |
| 03/01/2013 | NaughtyAmerica-Raven Bay |
| 02/22/2013 | Amateur Multiple Orgasms - Tiffany Thompson.wmv |
| 02/22/2013 | Tiffany.Thompson.Super.Pretty.In.White.Twistys.2013.HD_iyutero.com.mp4 |
| 02/22/2013 | Food Presenting Secrets PDF (1).pdf |
| 02/22/2013 | Looper 2012 TS READNFO XViD.RoSubbed-GodFront |
| 02/22/2013 | Babes - Majestic Elegance - Tiffany Thompson [1080p].mp4 |
| 02/21/2013 | 11.04.01.Amia Miley_18YearsOld_ImgZilla.mp4 |
| 02/21/2013 | Anal Size My Wife 3 - Angelina Valentine HD 720p |
| 02/21/2013 | Amazing.Asses.4.XXX.DVDRip.x264-UPPERCUT |
| 02/21/2013 | Daruvu (2012) Telugu Movie BDRip XviD 1CD Rip www.RipsTracker.com |
| 02/21/2013 | Amia Miley from Keeping it up for the KardASSians.avi |

EXHIBIT C

| Hit Date UTC | Filename |
|---|---|
| 02/21/2013 | Lexi Diamond_Fuck The Babysitter.avi |
| 02/21/2013 | amia_brcc.MPG |
| 02/21/2013 | Amia.Miley.Pound.Pussy.2.Scene.1.EvilAngel.2012_iyutero.com.mp4 |
| 02/21/2013 | 10.09.14.Lexi_Eve_TeenBFF_ImgZilla.mp4 |
| 02/19/2013 | plib_jenni_lee02_480p_1000.mp4 |
| 02/19/2013 | nubilefilms_the_perfect_touch_1280.mp4 |
| 02/19/2013 | prnfle1646x |
| 02/19/2013 | Young and Glamorous 4 - Presley Hart.m4v |
| 02/19/2013 | Californication.S06E06.HDTV.x264-EVOLVE.mp4 |
| 02/19/2013 | 18InchesOfPain Hillary Scott and Leah Luv Stretched To Their Limits.avi |
| 02/19/2013 | MyFriendsHotMom - Raylene ** HOT ** 10 February 2013** - KTR.mp4 |
| 02/19/2013 | DJ_Bullbazz.rar |
| 02/19/2013 | TonightsGirlfriend_Christy_Mack_1500.mp4 |
| 02/19/2013 | StreetRanger Jenni Lee.wmv |
| 02/19/2013 | Jenni.Lee.Suck.For.My.Silence.RealWifeStories.2012_iyutero.com.mp4 |
| 02/19/2013 | babes_bg_presley_hart_480p_1500.mp4 |
| 02/19/2013 | mdhgjennibruce2_qt.mp4 |
| 02/19/2013 | Californication.S06E04.HDTV.x264-2HD.mp4 |
| 02/19/2013 | x-art_kaylee_apartment_in_madrid_540-chkm8te.mp4 |
| 02/09/2013 | Spartacus.S03E02.HDTV.x264-EVOLVE.mp4 |
| 02/05/2013 | Dark Haired Beauties - Gia Dimarco.mp4 |
| 02/05/2013 | Wreck.It.Ralph.2012.DVDSCR.XViD.AC3-LEGiON |
| 02/05/2013 | GFRevenge - Pussy Prepping - Rahyndee.flv |
| 02/05/2013 | The Similou - So Hot Right Now (2005).rar |
| 02/05/2013 | Season One |

EXHIBIT C

| Hit Date UTC | Filename |
|---|---|
| 02/05/2013 | prnfle1430x.mp4 |
| 02/05/2013 | NaughtyOffice - Brandy Aniston ** SD ** 13 JANUARY 2013.mp4 |
| 02/05/2013 | Brandy Aniston from My Haunted House |
| 02/05/2013 | duck dynasty S2 |
| 02/01/2013 | JaydenJaymes.12.08.31.Jayden.Jaymes.And.Brandy.Aniston.Brunette.Attack.REPACK.XXX.HR.WMV-YAPG |
| 02/01/2013 | da_brandy_aniston_480p_1000.mp4 |
| 01/24/2013 | Django Unchained 2012 DVDSCR X264 AAC-P2P |
| 01/20/2013 | 27178_Lorelei Lee_Proxy Paige_Penny Pax.wmv |
| 01/20/2013 | Krissie Dee - Krissie Won.wmv |
| 01/20/2013 | Prison Bad Girls 4 Picture Book - Allie Haze, Katie Jordin-SmR.mp4 |
| 01/20/2013 | Veronica.Avluv.Phoenix.Marie.Krissy.Lynn.Eva.Karera.Raw.13.Scene.5.EvilAngel.2013.HD_iyutero.com.mp4 |
| 01/20/2013 | prnfle624x.wmv |
| 01/20/2013 | Lawless (2012).BDRip.HQuality.LeQ |
| 01/20/2013 | Big Tits At Work - CHANEL PRESTON, KRISSY LYNN, NICOLE ANISTON and TANYA TATE New 27 December 2012 |
| 01/20/2013 | mwhfkrissymark_qt.mp4 |
| 01/20/2013 | FB-0406 Derrick Pierce and Nika Noire |
| 01/20/2013 | btaw_krissy_lynn02_480p_1000.mp4 |
| 01/20/2013 | v22374 - Krissy Lynn.mp4 |
| 01/20/2013 | Krissy Lynn - Internal Damnation 5.m4v |
| 01/20/2013 | Teen Monster Cock Worship - Proxy Paige.avi |
| 01/19/2013 | btis_daisy_cruz_480p_1000.mp4 |
| 01/18/2013 | ladshaneaaron_qt.mp4 |
| 01/18/2013 | Leche69 Valerie Kay 720p.mp4 |

EXHIBIT C

NIN20

| Hit Date UTC | Filename |
| --- | --- |
| 01/18/2013 | Teenage Delinquents - Kim Kennedy |
| 01/18/2013 | 12.11.24.Diamond Kitty_Chongas_ImgZilla.mp4 |
| 01/18/2013 | 1way2sex.net...18 J.Alex vögelt unerfahrene Freundin.rar |
| 01/18/2013 | Pantyhose Tease - Melanie Jane |
| 01/18/2013 | Valerie.Kay.Oiled.Bubble.Ass.LatinaSexTapes.2012_iyutero.com.mp4 |
| 01/15/2013 | btas_tiffany_tyler_480p_1000.mp4 |
| 01/15/2013 | My Sisters Hot Friend - Molly Bennett HD 720p |
| 01/14/2013 | Blue Angel, Linet Slag (Anal Uniforms Pantyhose) (2013) |
| 01/14/2013 | Culioneros - Valentina Nappi.mp4 |
| 01/14/2013 | zj11088_3000.mp4 |
| 01/14/2013 | Valentina Nappi - Hot Brunette With An Incredible Body |
| 01/08/2013 | Goddess-Sunny Leone.avi |
| 01/08/2013 | mrbigdickshotchicks.com - Tiffany Price.wmv |
| 01/08/2013 | prnfle738x |
| 01/08/2013 | Sunny.Leone.Ecstatic.Orgasm.Babes.2012.HD_iyutero.com.mp4 |
| 01/08/2013 | Danni.Angela.Sommers.and.Nicole.Graves.Sexy.Cheerleading.Tryouts.XXX.pornalized.wmv |
| 01/07/2013 | Good Girl Gone Bad (Reloaded) |
| 01/07/2013 | This Is 40 2012 DVD Screener Xvid UnKnOwN |
| 12/30/2012 | Deep Purple-Machine Head VideoT_S |
| 12/30/2012 | Tori_Black_II_-_Intimate_Passions |
| 12/30/2012 | Tori Black - All Access Backstage Pass |
| 12/30/2012 | Innocent High - Gracie Glam.wmv |
| 12/30/2012 | Killing.Them.Softly.2012.DVDRip.XviD.AC3-nLiBRA |
| 12/26/2012 | Mason Moore And Presley Maddox - Hard Time |
| 12/25/2012 | House.At.The.End.Of.The.Street.2012.O.HDRip.1400MB-TST.avi |

EXHIBIT C

NIN20

| Hit Date_UTC | Filename |
|---|---|
| 12/25/2012 | For.a.Good.Time.Call.2012.UNRATED.DVDRip.XViD-PLAYNOW.avi |
| 12/25/2012 | Can He Score - Mia Lelani HD 720p |
| 12/25/2012 | Flight.2012.DVDSCR.XviD-HELLRAZ0R |
| 12/25/2012 | Kill.Em.All.2013.DVDRip.XviD.AC3-PTpOWeR |
| 12/25/2012 | Can He Score - Delta White HD 720p |
| 12/25/2012 | Up Her Asshole- Mason Moore.avi |
| 12/21/2012 | Petite Coeds-Jessica Lynn.avi |
| 12/21/2012 | 10.07.08.Jessica Lynn_MassageCreep_ImgZilla.mp4 |
| 12/21/2012 | prnfle479x.avi |
| 12/21/2012 | Dredd.2012.CROPPED.HDRIP.XviD-NYDIC |
| 12/15/2012 | Nikita.S03E05.HDTV.x264-LOL.[VTV].mp4 |
| 12/09/2012 | Nikita.Season.1-2.Complete.480p.ILPruny |
| 12/09/2012 | Warehouse 13 seaon 1 |
| 12/09/2012 | Hope Springs (2012) |
| 12/09/2012 | Alex.Cross.2012.BRRIP.XVID.AC3-SPIRO |
| 12/08/2012 | RealityGang.12.08.25.Lexi.Kartel.XXX.720p.WMV-VSEX[rbg] |
| 12/08/2012 | bj10921_1500.mp4 |
| 12/08/2012 | iktg_bailey_brittney-sd169.wmv |
| 12/07/2012 | Madison_Ivy_and_Bailey_Blue_-_Forever_Love_Trust |
| 12/07/2012 | plib_katie_st_ives_480p_1000.mp4 |
| 12/07/2012 | Holly Taylor - Car Trouble |
| 12/07/2012 | FM-24669 Holly Taylor |
| 12/07/2012 | pwg10986_800.mp4 |
| 12/07/2012 | Tiffany Fox - Closet Voyeur HD720p (reshi5531) |
| 12/06/2012 | Culioneros - Better Then Ever! - Richelle Ryan [480] [mp4] |

EXHIBIT C

NIN20

| Hit Date  UTC | Filename |
| --- | --- |
| 12/06/2012 | Virgin Runaways - Mandy Armani.avi |
| 12/06/2012 | sharing_asa_and_lexi.mp4 |
| 12/06/2012 | MyFriendsHotGirl Aria Austin |
| 12/06/2012 | BangBros- Richelle Ryan, Mercedes Lynn, Jessica Rayne (Girls lick pussy better than guys 15.11.12) (2012) SATRip |
| 12/06/2012 | PartyOfThree-MercedesLynnMacyCartelandAaliyahLovePussyEaters-121129.mp4 |
| 12/06/2012 | Busty Beauties Car Wash - Holly Taylor.avi |
| 12/06/2012 | pos10550_800.mp4 |
| 12/06/2012 | Atk Galleria - Macy Cartel Fingering Funtime HD 1080p |
| 12/05/2012 | Jessa Rhodes - College Girls Like It Dirty.m4v |
| 12/05/2012 | Jessa Rhodes - Bathtime Pussy Play |
| 12/05/2012 | c9843_854x480.mp4 |
| 12/05/2012 | Jessa Rhodes, Tyler Nixon_1080.mp4 |
| 12/05/2012 | aria_austin_01.wmv |
| 12/05/2012 | Naomi West - College Girls Like It Dirty (2012) |
| 12/05/2012 | Sons.of.Anarchy.S05E13.HDTV.x264-ASAP.mp4 |
| 12/04/2012 | Gina Lynn-Oil Overload |
| 12/04/2012 | X-Art - Girlfriends Back - Gigi Rivera [1080p].mov |
| 12/04/2012 | SexProAdventures - Sativa Rose |
| 12/04/2012 | btaw_brooke_banner-sd169.wmv |
| 12/03/2012 | HighDefBlowJobs Sativa Rose.wmv |
| 12/02/2012 | 451_beverly_paige_full-hd_480p.mp4 |
| 12/02/2012 | btis_kiera_king_480p_1000.mp4 |
| 12/02/2012 | mshfmaddygiovanni_qt.mp4 |
| 12/02/2012 | eva_notty_nikita_black_couch.mp4 |

EXHIBIT C

NIN20

| Hit Date UTC | Filename |
|---|---|
| 12/02/2012 | Teens_Like_It_Big_-_Kelly_Surfer_Veruca_James |
| 12/02/2012 | 461_natasha_vega_full-hd_360p.mp4 |
| 12/02/2012 | mfhmevadanny_qt.mp4 |
| 12/02/2012 | My Friends Hot Mom - Nikita Von James HD 720p |
| 12/02/2012 | NaughtyAmerica-Nikita Von James ( 23.11.2012) (2012) HDTV |
| 12/02/2012 | bgb_kiera_king_480p_1000.mp4 |
| 12/02/2012 | natasha_vega_01.wmv |
| 12/02/2012 | Milf Soup - Nikita Jaymes |
| 12/02/2012 | 464_veruca_james_full-hd_360p.mp4 |
| 12/02/2012 | PornFidelity_-_Beverly_Paige |
| 12/02/2012 | TeensLikeItBig - Maddy Oreilly ** NEW 2 october 2012 ** SD MP4.mp4 |
| 11/30/2012 | AdultSupervisionRequired - Emma Mae.wmv |
| 11/29/2012 | RealExGirlfriends - One Last Fuck - Ella Milano [720p].wmv |
| 11/29/2012 | LatinAdultery - Ella Milano.mp4 |
| 11/29/2012 | Hot_And_Mean_-_JELENA_JENSEN__RYAN_KEELY |
| 11/29/2012 | Kinzie.Kenner_Hard.Candy.2_2006.HDRip.mp4 |
| 11/29/2012 | Paranorman.2012.HDRip.XviD-PTpOWeR |
| 11/29/2012 | NaughtyOffice - Roxy Deville.wmv |
| 11/29/2012 | McAfeeSetup.exe |
| 11/29/2012 | WeLiveTogether - Good Love - Malena Morgan, Georgia Jones.mp4 |
| 11/29/2012 | Pump My Ass Full Of Cum - Kinzie Kenner |
| 11/29/2012 | Foot Fetish Daily - Sammie Rhodes Hardcore With Roxy Deville |
| 11/29/2012 | bitreactor.to_White.Collar.Hooligan.rar |
| 11/29/2012 | DeepThroatLove - Nadia Styles |
| 11/29/2012 | sweet_seductress_big.mp4 |

EXHIBIT C

| Hit Date UTC | Filename |
|---|---|
| 11/28/2012 | Killergram - Sexy Office Adventures - Caprice Jane [720p].mp4 |
| 11/28/2012 | Wife.Switch.17.XXX.DVDRiP.x264-DivXfacTory |
| 11/28/2012 | Maya Hills and Amy Ried from Pillows of Love.avi |
| 11/28/2012 | all-in-my-mouth.mp4 |
| 11/28/2012 | PureCFNM.Cheer.Up.Fuck.XXX.WMV-hUSHhUSH.wmv |
| 11/28/2012 | x-art_maya_backstage_720.mov |
| 11/28/2012 | X-Art - Photo Fantasy - Maya [1080p].mov |
| 11/28/2012 | A Day In The Life Of Danny D-Angel Rivas.avi |
| 11/28/2012 | mwhfmayaanthony_2k.wmv |
| 11/28/2012 | Gabriella.nneli.Veronika.Samantha.Girls.Night.Out.X.Art.2011_iyutero.com.flv |
| 11/28/2012 | Lilu's Handjobs - Maya's Handjobs HD 720p |
| 11/28/2012 | X-Art - Miss Perfect - Anneli [720p].mov |
| 11/28/2012 | Anal Size My Wife 3-Maya Hills.avi |
| 11/28/2012 | Anneli.Ivy.The.Masseuse.X.Art.2011.FullHD_iyutero.com.mov |
| 11/28/2012 | Evil Anal 8 - Maya Hills |
| 11/28/2012 | Zzaph.exe |
| 11/28/2012 | Race of Champions.2004.Speed Channel-GP2X.taromaru.avi |
| 11/28/2012 | SYGF_Maya_04_08_2012.mp4 |
| 11/28/2012 | Wife Switch vol. 17 (2012) [DvdRip].mp4 |
| 11/27/2012 | mwhflexiimick_qt.mp4 |
| 11/27/2012 | ATKPetites.com_12.08.04.Cindy.Starfall.Toys |
| 11/27/2012 | Mia Rider (Daddy Knows Best 2, Scene 4) (2012) HD 1080p |
| 11/27/2012 | EB-25837 Kelly Divine and Mia Rider |
| 11/27/2012 | Babes - Little Romance - Cindy Starfall [720p].mp4 |
| 11/27/2012 | btra10847_800-chkm8te.mp4 |

EXHIBIT C

NIN20

| Hit Date UTC | Filename |
|---|---|
| 11/27/2012 | MyDadsHotGirlfriend - Micah Moore.wmv |
| 11/27/2012 | 12.11.12.Rikki Six_Nikita Von James_MomsBangTeens_ImgZilla.mp4 |
| 11/27/2012 | House Wife 1 On 1 - Mckenzee Miles HD 720p |
| 11/27/2012 | InnocentHigh - Big Red - Melody Jordan [720p].mp4 |
| 11/27/2012 | Legs - Rikki Six.avi |
| 11/26/2012 | 12.11.15.Melody Jordan_PervsOnPatrol_ImgZilla.wmv |
| 11/26/2012 | NextDoorAmateur.com - Jennifer White |
| 11/26/2012 | Anissa_750.mp4 |
| 11/26/2012 | prnfle604x.mp4 |
| 11/26/2012 | The Dog Whisperer s01e15 Scrawny and Lola.avi |
| 11/26/2012 | cs.melody.jordan.mp4 |
| 11/26/2012 | mshfjessierikkijordan_qt.mp4 |
| 11/26/2012 | Asian Fuck Faces 2 - Cindy Starfall HD 720p |
| 11/26/2012 | c9785_854x480.mp4 |
| 11/26/2012 | c9664_854x480.mp4 |
| 11/26/2012 | Babysitter Diaries 4 - Jennifer White.avi |
| 11/22/2012 | College SugarBabes - Alyssa Branch [1080p].mp4 |

EXHIBIT C

## **EXCULPATORY EVIDENCE REQUEST**

<u>Subscriber Name</u>:

<u>Subscriber Address</u>:

<u>Attorney Name/Contact</u>:

1. List all authorized users (including household members) of any IP Address assigned to the Defendant.

<u>Authorized User Name/Relationship</u>

A. _____

- ○ Adult Child
- ○ Domestic Partner
- ○ Minor Child
- ○ Roommate
- ○ Spouse
- ○ Tenant
- ○ Unrelated adult

B. _____

- ○ Adult Child
- ○ Domestic Partner
- ○ Minor Child
- ○ Roommate
- ○ Spouse
- ○ Tenant
- ○ Unrelated adult

C. _____

- ○ Adult Child
- ○ Domestic Partner
- ○ Minor Child
- ○ Roommate
- ○ Spouse
- ○ Tenant
- ○ Unrelated adult

EXHIBIT D

NIN20

D._____

○ Adult Child
○ Domestic Partner
○ Minor Child
○ Roommate
○ Spouse
○ Tenant
○ Unrelated adult

2. Has a WI-FI enabled device been used to effectuate a connection to
an IP Address assigned to the Defendant?

YES     NO

3. If #2 is yes, please provide make, model and serial number of all such WI-FI modems and/or
routers:

_____

_____

_____

4. Has a Bittorrent Client been installed on any electronic device used by the Defendant and/or
other Authorized Users used to access the Internet via an IP Address assigned to the Defendant?

YES     NO

5. What is the distance from the Defendant's residence to the closest neighbor?

_____Yards.

EXHIBIT D

NIN20

6. Has the Defendant and/or Authorized Users as listed in #1 above ever legally purchased Plaintiff's material or visited their website?

YES     NO

7. Has the Defendant and/or Authorized Users as listed in #1 above ever visited any website containing Torrent Magnet Links?

YES     NO

8. Has the Defendant and/or Authorized Users as listed in #1 above ever used Google, Bing, Yahoo or any other Internet Search Engine to search for information on Torrent files and/or websites?

YES     NO

9. Has the Defendant and/or Authorized Users as listed in #1 above ever visited a streaming media site containing unauthorized copies of Plaintiff's works?

YES     NO

10. Has the Defendant and/or any Authorized User as listed in #1 received a notice of copyright infringement from their Internet Service Provider, from the Center for Copyright Information, or from any other private intellectual property owner?

YES     NO

_____

Signed

_____

Date

EXHIBIT D