UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| MALIBU MEDIA, LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 1:13-cv-00071-RLM-RBC |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN DOE, | ) | |
| | ) | |
| Defendant. | ) | |

### PARTIES' SELECTION OF MEDIATOR

COME NOW the parties herein, by their respective counsel, and submit their selection of a mediator to the Court. The parties have selected:

Daniel J. Sigler
SIGLER LAW, LLC
127 W. Berry Street, Suite 1000
Fort Wayne, Indiana, 46802

Respectfully submitted,

By: /s/ Paul J. Nicoletti
Paul J. Nicoletti, Esq. (P44419)
36880 Woodward Ave, Suite 100
Bloomfield Hills, MI 48304
Tel: (248) 203-7800
Fax: (248) 203-7801
E-Fax: (248) 928-7051
Email: paul@nicoletti-associates.com
*Attorneys for Plaintiff*

By: /s/ Jeffrey P. Terrill
Jeffrey P. Terrill, Esq. #20397-02
ARNOLD TERRILL ANZINI, P.C.
127 W. Berry Street
Suite 700, Star Financial Bank Bldg.
Fort Wayne, IN 46802
Phone: (260) 420-7777
Fax: (260) 422-5308
Email: jterrill@fortwaynedefense.com
*Attorney for Defendant*